UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

RONALD G DANDAR              THIRD CIRCUIT CT
         Petitioner
   VS                        NO.
COMMONWEALTH OF PENNSYLVANIA   US DISTRICT CT
                             02-NO.CV-00222

— NOTICE OF APPEAL — IN FORMA PAUPERIS —
— NOTICE OF APPEAL FROM DISMISSAL OF CASE AS BEING UNTIMELY AND NOTICE OF APPEAL FROM THE DENIAL OF A CERTIFICATE OF APPEALABILITY —

AND NOW, THIS 30TH DAY OF JULY 2005, COMES PETITIONER WHO FILES THE FOREGOING NOTICE OF APPEAL IN CONTINUOUS IN FORMA PAUPERIS FROM THE DISMISSAL OF PETITIONERS 2254 HABEAS CORPUS AND THE DENIAL OF PETITIONERS CERTIFICATE OF APPEALABILITY FROM THE ORDER DATED 7-27-2005 BY THE HONORABLE JUDGE SEAN McLAUGHLIN; FOR WHICH DISMISSAL AS UNTIMELY AND DENIAL OF COA IS BEING APPEALED THE THIRD CIRCUIT COURT OF APPEALS.

— VERIFIED STATEMENT —

1. I RONALD G DANDAR HEREBY AFFIRMS THAT I WAS GRANTED IN FORMA PAUPERIS ON 9-23-2004.
2. THAT THERE HAS BEEN NO SUBSTANTIAL CHANGE IN PETITIONER FINANCIAL CONDITION SINCE THEN.
3. THAT I CANNOT PAY THE FEES ON APPEAL NOR THE COST A) THAT PETITIONER IS A QUALIFIED HANDICAPPED PERSON.

RESPECTFULLY SUBMITTED
DATED: 7-30-2005         X Ronald Dandar

1 SEE TENNESSEE V. LANE, 124 SCT 1978 2004.        7-30-05

## PROOF OF SERVICE

I, Ron Lander, being a citizen of the United States, hereby serves notice that a true and correct copy of the foregoing has been served this 30th day of July 2005, by depositing the same at SCI Cresson 1st class full postage paid addressed to: = Notice of Appeal - Untimely & COA

Clerk of Courts addressed to: = Order Dated 7-30-2005

Office of the Prothonotary — Original &
United States District Court — Proof of Service
17 South Park Row — (1) one copy
Federal Court House
Erie, Penna 16501       5. Judges Chambers
                          Judge Sean McLaughlin
Maria M. Waldron or Clerk   Erie US Dist Court
2. United States Court of Appeals   17 South Park Row
   For the Third Circuit            Erie, PA 16501
US Court House — 601 Market St    6. COURT REPORTER
Philadelphia, Penna 19106-1790

3. Office of District Attorney    7.
Bradley H. Foulk
Erie County Court House       Respectfully Submitted
140 West 6th                  X BY Ron Lander
Erie Pa 16501                 Post Office Box A
Dated: 7-30-2005              Old Route 22-AR6933
                              Cresson, PA
                              16699-0001