UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

RONALD G DANOAR                         THIRD CIRCUIT CT
  Petitioner
VS                                      NO.
COMMONWEALTH OF PENNSYLVANIA — US DISTRICT CT
                                        02-NO-CV-00222

— NOTICE OF APPEAL — IN FORMA PAUPERIS —
— NOTICE OF APPEAL FROM DISMISSAL OF CASE AS BEING UNTIMELY AND NOTICE OF APPEAL FROM THE DENIAL OF A CERTIFICATE OF APPEALABILITY —

AND NOW, THIS 30TH DAY OF JULY 2005, COMES PETITIONER WHO FILES THE FOREGOING NOTICE OF APPEAL IN CONTINUOUS IN FORMA PAUPERIS FROM THE DISMISSAL OF PETITIONERS 2254 HABEAS CORPUS AND THE DENIAL OF PETITIONERS CERTIFICATE OF APPEALABILITY FROM THE ORDER DATED 7-27-2005 BY THE HONORABLE JUDGE SEAN McLAUGHLIN; FOR WHICH DISMISSAL AS UNTIMELY AND DENIAL OF COA IS BEING APPEALED THE THIRD CIRCUIT COURT OF APPEALS.

— VERIFIED STATEMENT —

1. I RONALD G DANOAR HEREBY AFFIRMS THAT I WAS GRANTED IN FORMA PAUPERIS ON 9-23-2004.
2. THAT THERE HAS BEEN NO SUBSTANTIAL CHANGE IN PETITIONER FINANCIAL CONDITION SINCE THEN.
3. THAT I CANNOT PAY THE FEES ON APPEAL NOR THE COST A) THAT PETITIONER IS A QUALIFIED HANDICAPPED PERSON.

RESPECTFULLY SUBMITTED.
DATED: 7-30-2005           X Ronald Danoar

SEE TENNESSEE V. LANE, 124 SCT 1978 2004.            7-30-05

— PROOF OF SERVICE —

I, Ron Lardar, being a citizen of the United States, hereby serves notice that a true and correct copy of the foregoing has been served this 30th day of July 2005, by depositing the same at SCI Cresson 1st class full postage paid addressed to: — Notice of Appeal - Untimely & COA / Order Dated 7-30-2005

1. Office of the Prothonotary
United States District Court
17 South Park Row
Federal Court House
Erie, Penna 16501

Maria M. Waldron or Clerk

2. United States Court of Appeals
For the Third Circuit
U.S. Courthouse — 601 Market St.
Philadelphia, Penna 19106-1790

3. Office of District Attorney
Bradley H. Foulk
Erie County Court House
140 West 6th
Erie Pa 16501

Dated: 7-30-2005

4. Original of Proof of Service (1) one copy

5. Judges Chambers
Judge Sean McLaughlin
Erie US Dist Court
17 South Park Row
Erie, PA 16501

6. Court Reporter

7. Respectfully Submitted
X BK Ron Lardar
Post Office Box A
Old Route 22-AP6933
Cresson, PA
16699-0001