**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**　　　　　　　　　　　　　　　　　　　　　　　　**IN REPLYING, GIVE NUMBER**
**CLERK OF COURT**　　　　　　　　　　　　　　　　　　　　　　　　　　　**OF CASE AND NAMES OF PARTIES**
**814-464-9600**

DATE: August 23, 2005

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA  19106

　　　　　　　　　　　　　　IN RE: <u>DANDAR</u>
　　　　　　　　　　　　　　WESTERN DIST. OF PA NO. <u>CA 02-222 ERIE</u>
　　　　　　　　　　　　　　U.S.C.A. NO. <u>05-3731</u>

Dear Ms. Waldron:

　　Enclosed please find:

　　　　_____　One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

　　　　__X__　　**Actual Record with one certified copy and one uncertified copy of the docket entries.**

　　　　___　　One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record.

　　　　___　　Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

　　Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　ROBERT V. BARTH, JR.
　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By: s/Nicole M. Kierzek
　　　　　　　　　　　　　　　　Nicole M. Kierzek
　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____  DATE _____