**FPS-476**                                                          September 23, 2005
    UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 05-3731**

Dandar v. Pennsylvania
(W.D. Pa. No. 02-cv-222)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is granted. The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: September 23, 2005
CMH/cc: RGD, RLT