OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

Erie_____ Clerk of District Court
(District)

Date____12/07/05_____

**Dandar vs. Comm PA**_____
(Caption)

C. of A. No.____05-3731_____

**Ronald G. Dandar**_____
(Appellant)

**Civil No. 02-cv-222**_____
(D.C. No.)

Enclosures:

_____12/07/05_____ Certified copy of C. of A. Order by the **Court**/XXXXX
(Date)

*____X____ Record **(Rec'd)**

*_____ Supplemental Record

*_____ Exhibits

*_____ State Court Record

_____X____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

Carmen M. Hernandez_____ (267)-299-_4952___
Case Manager              Telephone Number

*_____ (267)-299-_4912_
Record Processor          Telephone Number

12/15/05

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Record)

**DPS-30**                                          **October 27, 2005**

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-3731**

RONALD G. DANDAR

VS.

COMMONWEALTH OF PA, ET AL.

( W.D. PA. CIV. NO. 02-CV-00222)

Present: ROTH, FUENTES AND VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

Submitted is appellant's notice of appeal, which may be construed as a
request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

in the above-captioned case.

Respectfully,

Clerk

MMW/KEK/zm/cmh

_____ORDER_____

The foregoing request for a certificate of appealability is denied.  For the reasons
explained by the District Court, Appellant's petition was not timely filed.  Reasonable
jurists would not find it debatable whether the district court was correct in its procedural
ruling.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).

By the Court,

/s/ Julio M. Fuentes
Circuit Judge

Dated:  December 7, 2005
CMH/cc: RGD, RLT



A True Copy:

Marcia M. Waldron, Clerk