UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

March 6, 2006

Erie County Courthouse
140 West Sixth Street
Erie, Pennsylvania 16501

 Re: Dandar v Commonwealth

 Civil Action No. # 02-222 ERIE

Dear Sir:

 I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

 Please receipt for these records on the enclosed copy of this letter.

   Very truly yours,

   ROBERT V. BARTH, JR.
   CLERK OF COURT

   By: _____
   Jennifer L. Dash
   Deputy Clerk

Enclosures